IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00338-MSK-BNB

ROSSETTI ASSOCIATES, INC., a Michigan corporation,

       Plaintiff,

v.

SANTA FE 125 DENVER, LLC, a Colorado Limited Liability Company;
JFA MANAGEMENT, LLC, an Illinois Limited Liability Company;
JOSEPH FREED AND ASSOCIATES, LLC, an Illinois Limited Liability Company; and
CHEROKEE DENVER, LLC, a Delaware Limited Liability Company,

       Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

       IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 2nd day of March, 2009.

                                **BY THE COURT:**

                                Marcia S. Krieger
                                United States District Judge