**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.09-CV-00338-WJM-BNB

ROSSETTI ASSOCIATES, INC., a Michigan Corporation,

    Plaintiff,

v.

SANTA FE I25 DENVER, LLC, a Colorado Limited Liability Company;
JFA MANAGEMENT, LLC, an Illinois Limited Liability Company; and
JOSEPH FREED AND ASSOCIATES, LLC, an Illinois Limited Liability Company,

    Defendants.

_____

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF
REMAINING CLAIM AND ENTRY OF JUDGMENT**
_____

THIS MATTER comes before the Court upon the parties' Stipulated Motion for Dismissal of Remaining Claim and Entry of Judgments (ECF No. 104). The Court, being advised, ORDERS as follows:

1.    A Judgment has previously been entered by this Court on March 4, 2011, (ECF No. 79) in favor of Plaintiff Rossetti Associates, Inc., and against Defendant Santa Fe I25 Denver LLC, in the amount of $679,713.83. The parties have agreed that this judgment shall constitute a final judgment for all purposes.

2.    On March 4, 2011, this Court entered a partial summary judgment in favor of the Defendants and against Plaintiff Rossetti Associates, Inc., (ECF No. 79), dismissing all other claims asserted against the Defendants except for

        the claim for negligent misrepresentation.  The claim for negligent misrepresentation is currently set for trial on April 4, 2011.  The parties agree that this partial summary judgment shall also become a final judgment for all purposes, therefore, the trial is VACATED.  Furthermore, the Motions Hearing set for April 1, 2011 is also VACATED.

3.      Based on the parties agreement, the remaining claim for negligent misrepresentation is hereby DISMISSED WITH PREJUDICE.

3. Each party shall pay its own costs and attorneys fees incurred herein.

4. This Order shall constitute a final judgment for all purposes.

It is SO ordered.

Dated this 31st day of March, 2011.

BY THE COURT:

_____
William J. Martinez
United States District Judge